UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


JULIE ANN TACKETT,

        Plaintiff,

                                  Case No. 8:07-cv-2141-T-33TBM
v.

FRYER CREEK TRUCKING
COMPANY, INC.,

        Defendant.
_____/

                            **ORDER**

     This matter comes before the Court sua sponte.   A
pretrial conference in this case is set to take place
tomorrow, March 11, 2009; however, the record reflects that
the parties have failed to file the pretrial statement as
required by Local Rule 3.06(c), M.D. Fla.

     Specifically, Local Rule 3.06(c) states, "The pretrial
statement shall be filed with the Court no later than three
(3) days before the date of the final pretrial conference."
Id.  Further, as described by Local Rule 3.06(e), M.D. Fla.,
"All pleading filed by any party prior to filing the pretrial
statement shall be deemed to be merged therein, or in any
subsequent pretrial order entered by the Court." Id.

     This Court requires that the parties file the pretrial
statement prior to the commencement of the pretrial conference
as mandated by the Local Rules.   Because the pretrial

statement is necessary for this Court's preparation for the pretrial conference, and because the parties have failed to file the pretrial statement as specified by the Local Rules, this Court finds it necessary to continue the pretrial conference to March 18, 2009, at 10:00 a.m.  The parties are directed to file the pretrial statement at least three days prior to the March 18, 2009, pretrial conference.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The pretrial conference in this case is continued from March 11, 2009, to March 18, 2009, at 10:00 a.m. in Courtroom 14B.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>10th</u> day of March, 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record